```
 1    2
 2   JAN P. JOHNSON
      Standing Chapter 13 Trustee
 3   Kristen A. Koo, State Bar #230856
 4   Karin M. Bruce, State Bar #292245
      P.O. Box 1708
 5   Sacramento, California 95812-1708
      (916) 239-6666
 6   pobox1708@jpj13trustee.com
 7
 8
 9
10              UNITED STATES BANKRUPTCY COURT
11              EASTERN DISTRICT OF CALIFORNIA
12              SACRAMENTO DIVISION
13
14
15
16   IN RE:                    )  Case No: 10-38930-B13
                                )
17   ERICK THRUELSEN            )  TRUSTEE'S NOTICE OF
18   ZINAIDA THRUELSEN          )  UNCLAIMED FUNDS
                                )
19                              )
                                )
20                              )
             Debtor(s)          )
21   _____
22        TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:
23        JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 332833 of
24   which $954.00, represents the total amount of unclaimed funds in the above captioned
25   bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy
26   Rule 3011. The intended recipient(s) of these funds is as follows:
27
28
```

FILED OCT 19 2015 UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF CALIFORNIA

1

| NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| DEBTOR REFUND | ERICK & ZENAIDA THRUUELSEN<br>7950 FOOTHILLS BLVD<br>#104<br>ROSEVILLE, CA 95747 | | $954.00 |

TOTAL CHECK: $954.00

Dated: October 16, 2015

_____
Jan P Johnson, Trustee

2